**Bennie Earl STEPHENS, Petitioner–Appellant,**

v.

**Dan JOSLIN, Respondent–Appellee.**

**No. 06–10098 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 17, 2007.

Bennie Earl Stephens, Seagoville, TX, pro se.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Bennie Earl Stephens, federal prisoner # 32941–077, appeals the dismissal with prejudice of his 28 U.S.C. § 2241 petition. Stephens challenged his conviction and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

sentence for conspiracy to distribute a controlled substance.

Stephens fails to identify error in the district court's findings that his claims fail to satisfy the savings clause of 28 U.S.C. § 2255 and that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is not retroactively applicable to cases on collateral review. When an appellant fails to identify error in the district court's decision, it is as if the appellant had not appealed that judgment. *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987). Stephens's appeal is therefore DISMISSED as frivolous. *See* 5TH CIR. R. 42.2; *Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.